# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ROCHELLE GILLIAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:18-CV-526 NAB |
| ) | |
| AUDRA S. GOOCH, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER[1]

Upon notification from Plaintiff's counsel on January 6, 2020,

**IT IS HEREBY ORDERED** that the parties shall file a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment no later than **February 5, 2020**. Failure to timely comply with this Order shall result in the dismissal of this action with prejudice.

**IT IS FURTHER ORDERED** that the telephone status conference set for January 6, 2020 is **CANCELLED**.

NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 6th day of January, 2020.

---

[1] The parties have consented to the jurisdiction of the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).